# IN THE COURT OF CRIMINAL APPEALS OF TEXAS.

65,015-04

| | | |
|---|---|---|
| The STATE OF TEXAS | # | IN The 15th Judical |
| VS. | # | District COURT OF |
| RONALd ALEXANDER | # | GRAYSON COUNTY, TEXAS |
| | # | |
| | # | |
| | # | |

CAUSE NO's 051815 And 41164

## MOTION TO FILE WRIT OF MANDAMUS

COMES NOW RONALd ALEXANDER Who HAS FILE A MOTION FOR RELEASE OF ALL COURT DOCMENTS, COURT Records, COURT TRANSCRiPTs AND ALL TRIAL TRANSCRipTs Records DATING BACK TO 1-12-93 UNdER TDCJ NO. 647330 UNTil PRESENT DATE UNdER TDCJ NO. 1328129. CAUSE NO's 051815 AND 41164. RELATOR FILE This WRiT OF MANDAMUS AGAINST DISTRICT COURT CLERk, 15th DISTRICT COURT CLERK AND 15th DISTRICT COURT JUdGE. FOR NOT RELEASING D.N.A. TESTING OF Evidence OF COURT RECORds IN CAUSE NO's 051815 AND 41164 RELATOR FILE MOTION FOR D.N.A TESTING OF EVidence OF RECORds ON 3-9-15 And The COURT, DISTRICT CLERK AND 15th DISTRICT COURT CLERK HAS REFUSE TO ANSWER, RELEASE And HANdOVER These COURT RECORds.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 12 2015
Abel Acosta, Clerk
HOBBY

(1.)

## PRAYER

I HOPE AND PRAY THAT THE APPEAL COURT WILL GRANT ME THIS REQUEST SO I CAN GET OUT OF PRISON, CLEAR MY NAME AND GO ON WITH MY LIFE.

RESPECTFULLY SUBMITTED

_Ronald D. Alexander_

RONALD D. ALEXANDER
PETITIONER PRO SE
WILLIAM A CLEMENS JR UNIT
1328129 ← TDCJ NO.
9610 SPUR 591
AMARILLO, TEXAS 79107

## UNSWORN DECLARATION

I, RONALD D. ALEXANDER, PETITIONER PRO SE TDCJ ID NO 1328129 being PRESENTLY INCARCARATED AT THE WILLIAM P. CLEMENT JR UNIT of THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTION DIVISION IN POTTER COUNTY, TEXAS does HEREBY STATE THAT THIS DOCUMENT WAS PREPARED BY ME AS I DECLARE THAT IT IS A TRUE AND CORRECT PURSUANT TO 28 U.S.C §-1746 MAILED AND SIGNED ON this this THE 4 dAY OF MAY, 2015.

_Ronald Dale Alexander_

(2.)